LAW OFFICES OF TODD M. FRIEDMAN, P.C.
Todd M. Friedman, Esq. (SBN: 216752)
tfriedman@attorneysforconsumers.com
324 S. Beverly Dr., #725
Beverly Hills, CA 90212
Telephone: (877) 206-4741
Facsimile: (866) 633-0228
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **PATRICIA GRENIER,** on behalf of herself and all others similarly situated, | ) Case No. 1:15-cv-01210---GSA ) |
| Plaintiff, | ) **NOTICE OF SETTLEMENT** ) ) |
| vs. | ) ) |
| **ESURANCE INSURANCE SERVICES, INC.,** and DOES 1 through 10, inclusive, | ) ) ) ) |
| Defendant. | ) |

NOW COMES THE PLAINTIFF by and through her attorney to respectfully notify this Honorable Court that this case has settled. Plaintiff requests that this Honorable Court vacate all pending hearing dates and allow sixty (60) days with which to file dispositive documentation. A Joint Stipulation of Dismissal will be forthcoming. This Court shall retain jurisdiction over this matter until fully resolved.

Respectfully submitted this 19th day of November, 2015.

By: s/Todd M. Friedman
TODD M. FRIEDMAN
Law Offices of Todd M. Friedman, P.C.
Attorney for Plaintiff

Notice of Settlement - 1

1  Filed electronically on this 19th day of November, 2015, with:

2

3  United States District Court CM/ECF system

4  Notification sent electronically via the Court's ECF system to:

5

6  Honorable Edward J. Davila
   United States District Court
7  Eastern District of California

8  Michael J Burns
9  Seyfarth Shaw LLP

10
    Elham Marder
11  Seyfarth Shaw, LLP

12

13  This 19th day of November, 2015.

14
    s/Todd M. Friedman
15  Todd M. Friedman

16

17

18

19

20

21

22

23

24

25

26

27

28